# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MITZY LILIANA PEREZ (1),<br>GABRIELA JOVANY GUTIERREZ (2),<br><br>  Defendants. | Case No. 21-CR-1998-JLS<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon motion by the government, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information (ECF. No. 29) without prejudice.

**IT IS SO ORDERED.**

Dated: August 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge